# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frank Lockwood                                              Cr.: 03-00884-001

Name of Sentencing Judicial Officer: The Honorable William G. Bassler, U.S.D.J.

Date of Original Sentence: 06/09/04

Original Offense: Passing Counterfeit Obligations & Securities.

Original Sentence: 24 months imprisonment followed by 3 years supervised release.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 07/11/05

Assistant U.S. Attorney: Jill Anderson          Defense Attorney: Timothy J. McInnis, Esq. (Assigned)

## PETITIONING THE COURT

[X] To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'** |
| | On October 8, 2005, Lockwood submitted a urine specimen which subsequently tested positive for cocaine and marijuana. Additionally, on December 8, 2005, and on April 24, May 11, and May 29, 2007, Lockwood submitted urine specimens which all tested positive for cocaine. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 06/19/07

PROB 12C - Page 2
Frank Lockwood

THE COURT ORDERS:

[ X ] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/28/07
_____
Date